1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
3  JUSTIN M. KMAN
   Special Assistant United States Attorney
4  ATTN: ATZS-JAE (CPT Justin M. Kman)
   Fort Huachuca, AZ  85613-7025
5  Email : justin.m.kman.mil@mail.mil
   Phone:  (520) 533-3197
6  Attorneys for Plaintiff



FILED ✓   LODGED
RECEIVED   COPY

JUL - 1 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No: 15-03093 M-TUC-LAB |
| Plaintiff, | **INFORMATION** |
| vs. | **ARS § 28-891. Backing limitations (CVB)** |
| James W. Reed, | |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES**

**COUNT I**

**ARS § 28-891. Backing limitations**

On March 26th, 2015, James Reed was backing his 2015 Toyota Tundra out of a parking space at Barnes Field House, a building located on the Fort Huachuca military reservation, in the District of Arizona, when he failed to yield to and struck a 2014 Ford Mustang operated by Ramona Gately, in violation of A.R.S. § 28-891, backing limitations, an Arizona traffic violation, as assimilated by the Federal Assimilative Crimes Act, 18 USC §§13 and 7, a Federal

1 infraction.

Respectfully submitted this 1st day of July, 2015.

          JOHN S. LEONARDO
          United States Attorney
          District of Arizona

          */s/ Justin Kman*

          JUSTIN M. KMAN
          Special Assistant U.S. Attorney