IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA



| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *   CASE NO. 15-03093M-TUC-LAB |
| | * |
| JAMES W. REED | * |

## NOTICE OF PENALTY

### COUNT 1

Violation: A.R.S. 28-891, Backing limitations, an Arizona Civil Traffic Violation, equivalent to a Federal Infraction

Penalty: Maximum: $250 fine

Special Assessment: $5.00