```
            FILED        LODGED
            RECEIVED     COPY

            JUL 2 2 2015

            CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
         BY_____DEPUTY
```

1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   JUSTIN M. KMAN
3  Special Assistant United States Attorney
4  ATTN: ATZS-JAE (CPT Justin M. Kman)
   Fort Huachuca, AZ 85613-7025
5  Email : justin.m.kman.mil@mail.mil
   Phone: (520) 533-3197
6  Attorneys for Plaintiff

7           IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ARIZONA

9

10 United States of America,            ) Case No:  15-M-3093
11                Plaintiff,             )
                                         ) INFORMATION – Superseding
12 vs.                                   )
                                         ) 32 CFR 634.25 – Installation Traffic Codes
13 James R. Reed,                        ) (CVB)
14                                       )
                Defendant.               )
15                                       )
16                                       )
17                                       )
18 ─────────────────────────

19

20 THE UNITED STATES ATTORNEY CHARGES

21                        COUNT I

22        32 CFR 634.25 – Installation Traffic Codes

23     On March 26th, 2015, James Reed was backing his 2015 Toyota Tundra out of a parking

24 space at Barnes Field House, a building located on the Fort Huachuca military reservation, in the
25
   District of Arizona, when he failed to yield to and struck a 2014 Ford Mustang operated by
26
   Ramona Gately, in violation of A.R.S. § 28-891, backing limitations, an Arizona traffic
27
28 violation, and thus a violation of 32 CFR 634.25 – Installation Traffic Codes, a Class C

1  misdemeanor.

2  Respectfully submitted this 22nd day of July, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/ Justin Kman*

JUSTIN M. KMAN
Special Assistant U.S. Attorney