IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CASE NO. 15-3093 |
| | * | |
| JAMES R. REED | * | |



FILED / RECEIVED
JUL 22 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE OF PENALTY

### COUNT 1

Violation:  32 CFR 634.25 – Installation Traffic Codes, a Class C misdemeanor.

Penalty:  Minimum: No mandatory minimum

Maximum: 30 days in jail, a fine as determined by the local magistrate ($250.00 is the Arizona Statutory Maximum)

Special Assessment:  $5.00