DATE:  7/22/2015           CASE NUMBER:   15-03093M-TUC-LAB

USA vs.  James W Reed

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ RELEASED   ☐ CUSTODY

U.S. MAGISTRATE JUDGE:  LESLIE A. BOWMAN  Judge #: 70BX

U.S. Attorney   Capt. Justin Kman                            INTERPRETER REQ'D   N/A

Attorney for Defendant   PRO SE


Bench Trial : Parties stipulate to exhibits, the Court admits. (See separate list)

The parties address preliminary issues. The Government files a superseding Information and Notice of Penalty. The Court accepts that the defendant was given prior notice.

Opening statements made by the parties.  The defendant invokes the rule, witnesses advised.

10:42 AM - Government calls  witness, Specialist Ramona Gately; witness is sworn examined and cross examined

11:00 AM- Government's witness Officer Nicholas Penteris is sworn, examined and cross examined.

The Government rests.

The defendant makes Motion for Judgment of Acquittal following dialogue with the Court.  The Court denies the motion at this time.

11:40 AM Recess taken.

3:32 PM - Court reconvenes with Bench Trial

3:35 PM- Defense calls witness, Sergeant Conte, Military Police Officer.  Witness is sworn examined and cross examined.

3:57 PM- The defendant is sworn and testifies.  Defendant cross examined. 4:31 PM Defense rests case.

Parties make closing arguments.

The Court finds the defendant not guilty, finding the Government has not met burden of proof.


                                        Recorded by Courtsmart ECRO- Amanda Smith
                                        BY:   Allison Siquieros
                                        Deputy Clerk
                                         Bench Trial: 2 hrs. 48 min

                                        Session 1: 10:11 AM-11:40 AM
                                        Session 2: 03:32 PM-04:51 PM