# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA



United States of America,
PLAINTIFF,

vs.

JAMES REED
DEFENDANT.

JOINT WITNESS LIST

15-M-3093-M-LAB

| PRESIDING JUDGE Hon. Leslie A. Bowman | COURTROOM DEPUTY A. SIQUIEROS | COURT REPORTER ECRO A. Smith |
|---|---|---|
| HEARING DATE(S) July 22, 2015 | PLAINTIFF ATTORNEY(S) Justin M. Kman, SAUSA | DEFENDANT ATTORNEY(S) Pro Se, James Reed |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 7/22/15 | 7/22/15 | Specialist Ramona Gately, Driver of Other Vehicle | X |
| 2 | | 7/22/15 | 7/22/15 | Specialist Nicholas Penteris, Military Police Officer | X |
| | 1 | 7-22-15 | 7-22-15 | Sergeant Conte, Military Police Officer | X |
| | 2 | 7/22/15 | 7-22-15 | Lieutenant Colonel James R. Reed, Driver | |