# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 2 2 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,
PLAINTIFF,

vs.

JAMES REED
DEFENDANT.

15-M-3093-LAB
JOINT

# EXHIBIT LIST

| PRESIDING JUDGE Hon. Leslie A. Bowman | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| HEARING DATE(S) July 22, 2015 | PLAINTIFF ATTORNEY(S) Justin M. Kman, SAUSA | DEFENDANT ATTORNEY(S) Pro Se, James Reed |

| PLF | DFT | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | 7/22/15 | Sworn Statement – Lieutenant Colonel James Reed (Def) |
| 2 | | | Sworn Statement – Specialist Ramona Gately (Vic) |
| 3 | | | Color Photographs: Indicating Damage to two Vehicles |
| 4 | | | SPC Penteris – Certified Traffic Investigator Documents |
| | | | |
| | 1 | 7/22/15 | Bumper from Defendant's Vehicle |
| | 2 | | Bill for Estimated Repair Cost of Bumper |